**STATE of Missouri, Respondent,**

v.

**Calvin A. CULLEN, Appellant.**

**No. WD 46392.**

Missouri Court of Appeals,
Western District.

April 20, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 1993.

Robert E. Steele, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and KENNEDY, JJ.

### *ORDER*

PER CURIAM:

Appeal from judgment of conviction for the sale of cocaine, § 195.211, RSMo Cum. Supp.1991, and sentence of ten years.

The judgment is affirmed. Rule 30.25(b).